# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

C'QUAN MICHAEL HINTON, *et al.*,

    Plaintiffs,

-v-

LEE ANN GASPAR, *et al.*,

    Defendants.

No. 24-cv-11603
Hon. Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

_____

KINO CHRISTIAN,

    Plaintiff,

-v-

CITY OF FLINT, *et al.*,

    Defendants.

No. 24-cv-12041
Hon. Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

_____

## STIPULATED ORDER TO COMPEL DISCOVERY RESPONSES

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant, CITY OF FLINT, shall file full and complete responses to Plaintiffs' Interrogatories and Requests for Production of Documents to Defendant, City of Flint, served on the Defendants on or about November 19, and December 16, 2024, on or before August 15, 2025.

**IT IS SO ORDERED.**

                                            s/Elizabeth A. Stafford
                                            U.S. Magistrate Judge

DATED:  August 7, 2025

I hereby stipulate to entry of the above Order:

*s/Wolfgang Mueller*
Wolfgang Mueller (P43728)
MUELLER LAW FIRM
Attorneys for Plaintiffs

*s/Loren M. Lee (w/consent)*
Charles A. DeVore
Loren M. Lee
KATTEN MUCHIN ROSENMAN LLP
Co-counsel for Plaintiff Hinton

*s/George B. Donnini (w/consent)*
George B. Donnini (P66793)
Joseph E. Richotte (P70902)
BUTZEL LONG, PC
Attorneys for Defendant Gaspar

*s/Michael J. Gildner (w/consent)*
Michael J. Gildner (P49732)
SIMEN, FIGURA & PARKER PLC
Attorneys for Defendant Flint